V# 3017  # 128447

# DIVIDENDS REMITTED TO THE COURT
Check Number 3017 Dated 04/20/10
Case Number 09-34195 - WOLFE, STEVEN R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA,N.A<br>P O Box 740933<br>Dallas,Tx 75374 | 000001 | 56.87 | 0.69 |
| ---------- Remittance Total --------------- | | 56.87 | 0.69 |

DOUGLAS A. DYMARKOWSKI, Trustee

FILED 2010 APR 26 PM 3:42
CLERK, US BANKRUPTCY COURT
TOLEDO, OHIO